ORIGINAL

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 2 4 2011

CENTRAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER SA 11-256M |
| --- | --- |
| v. | SA 11-257M |
| Acevedo, Layla  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Wednesday 5/25/11___, at ___2:00___ ☐a.m. / ☒p.m. before the Honorable ___Robert N. Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___5/24/11___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge