CLERK, U.S.D.C. FILED SOUTHERN DIVISION
MAY 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Acevedo, Layla <br> Defendant. | Case No.: SA 11-256M <br> SA 11-257M <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _SD Calif_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Backgrd, cmty ties mostly still unverified; family ties to Mexico; lack of bail viable resources; alleged new offense involves use of alias;_

1. apparent lack of candor w/PSA; apparent illegal
2. immigration status; prospective deportation
3. and/or
4. B. (✓) The defendant has not met his/her burden of establishing by clear and
5. convincing evidence that he/she is not likely to pose a danger to the safety of any
6. other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7. finding is based on criminal history record, incl 2 prior
8. drug traff convs and commission of new offense while under
9. supervision

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/25/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE